Submitted May 24, affirmed June 23, petition for review denied October 6, 2022
(370 Or 303)

In the Matter of M. T.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

K. T.,
*Appellant.*

Multnomah County Circuit Court
20JU03201;
Petition Number 114070;
A177488 (Control)

In the Matter of R. T.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

K. T.,
*Appellant.*

Multnomah County Circuit Court
20JU03202;
Petition Number 114070;
A177489

In the Matter of K. T.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

K. T.,
*Appellant.*

Multnomah County Circuit Court
20JU03203;
Petition Number 114070;
A177491

512 P3d 1284

Kathryn L. Villa-Smith, Judge.

Shannon Storey, Chief Defender, Juvenile Appellate Section, and Tiffany Keast, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Stacy M. Chaffin, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, and Egan, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *Dept. of Human Services v. S. M.*, 355 Or 241, 323 P3d 947 (2014).